PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.     Crim. No. 4:19CR00061-1

Jordan L. Turner

On May 14, 2019, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Jordan L. Turner be discharged from probation.

Respectfully submitted,

_____
Thomas Hutchinson
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of October, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia